IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SYLVESTER JENNINGS, JR.**                                                                 **PLAINTIFF**

NO. 3:11-CV-00281-BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

**JUDGMENT**

Pursuant to the order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered this 18th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE